IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIE GOPON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:07-cv-06768 |
| CITIGROUP HEALTH BENEFIT PLAN, | ) Judge Holderman |
| Defendant | ) Magistrate Judge Schenkier |

**DEFENDANT CITIGROUP HEALTH BENEFIT PLAN'S AGREED MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Citigroup Health Benefit Plan (the "Plan"), by and through its attorneys, and by agreement with Plaintiff's counsel, hereby moves, pursuant to Fed. R. Civ. P. 6(b), for a 14-day extension of time to answer or otherwise plead in response to the Complaint filed by Plaintiff Julie Gopon. In support of this motion, the Plan states as follows:

1. Plaintiff filed her Complaint in this action on November 30, 2007. The Plan executed and returned a waiver of service, and as a result of discussions with plaintiff's counsel, agreed that its pleading deadline would be February 15, 2008.

2. The Plan has recently retained the law firm of Sidley Austin LLP to represent it in this action. Sidley is in the process of reviewing the Complaint and investigating the facts relating to the case to determine how the Plan will respond to the Complaint. The Plan therefore requires additional time to complete its investigation.

3. As a result, the Plan respectfully requests a 14-day extension, until February 29, 2008, to answer or otherwise plead and asks this Court to enter an order granting such an extension.

4. Plaintiff's counsel has agreed to this extension of time for Plan to answer or otherwise plead.

WHEREFORE, Defendant Citigroup Health Benefit Plan hereby respectfully requests that this Court enter an order extending the time for it to answer or otherwise plead in response to the Complaint until February 29, 2008.

                                              Respectfully Submitted,

                                              CITIGROUP HEALTH BENEFIT PLAN

                                              By: _____ s/ Mark B. Blocker
                                                                      One of its Attorneys

Mark B. Blocker
Erika N.L. Harold
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Dated: February 14, 2008

## CERTIFICATE OF SERVICE

Mark B. Blocker, an attorney, hereby certifies that he has caused a copy of the foregoing **DEFENDANT CITIGROUP HEALTH BENEFIT PLAN'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** to be served on counsel listed below electronically on this 14th day of February:

>Mark D. DeBofsky
>Daley, DeBofsky & Bryant
>55 W. Monroe St., Suite 2440
>Chicago, Illinois 60602
>(312) 372-5200
>Fax (312) 372-2778

>>s/ Mark B. Blocker
>>Mark B. Blocker