IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIE GOPON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 1:07-cv-06768 |
| CITIGROUP HEALTH BENEFIT PLAN, | ) ) Judge Holderman |
| Defendant | ) ) Magistrate Judge Schenkier |

## NOTICE OF AGREED MOTION

To:   Mark D. DeBofsky
      Daley, DeBofsky & Bryant
      55 W. Monroe St., Suite 2440
      Chicago, Illinois 60602
      (312) 372-5200
      Fax (312) 372-2778

PLEASE TAKE NOTICE THAT on February 19th, 2008, at 9:00 am, or as soon thereafter as counsel may be heard, we shall appear before Honorable Chief Judge James F. Holderman, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2541 of the Everett McKinley Dirksen Building, Chicago, Illinois, and present Defendant Citigroup Health Benefit Plan's Agreed Motion for Extension of Time to Answer or Otherwise Plead, a copy of which is attached hereto.

5

          Respectfully Submitted,

          CITIGROUP HEALTH BENEFIT PLAN

          By: _____ s/ Mark B. Blocker
                                One of its Attorneys

Mark B. Blocker
Erika N.L. Harold
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Dated: February 14, 2008

## CERTIFICATE OF SERVICE

     Mark B. Blocker, an attorney, hereby certifies that on February 14, 2008, he has caused a copy of the foregoing Notice of Agreed Motion to be served electronically on counsel listed below on this 14th day of February:

Mark D. DeBofsky
Daley, DeBofsky & Bryant
55 W. Monroe St., Suite 2440
Chicago, Illinois 60602
(312) 372-5200
Fax (312) 372-2778

                                                      s/ Mark B. Blocker
                                                         Mark B. Blocker