## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Julie Gopon
                              Plaintiff,

v.                                              Case No.: 1:07−cv−06768
                                                Honorable James F. Holderman

Citigroup Health Benefit Plan
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, February 19, 2008:

    MINUTE entry before Judge James F. Holderman : Defendant Citigroup Health Benefit Plan's agreed motion for extension of time to file answer regarding complaint [10] is granted. Defendant is given until 2/29/2008 to answer or otherwise plead to the complaint. Status hearing date of 3/4/2008 is reset for 3/6/2008 at 9:00 AM. (am)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.