IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JULIE GOPON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 6768 |
| | ) | |
| CITIGROUP HEALTH BENEFIT PLAN, | ) | Judge Holderman |
| | ) | |
| Defendant. | ) | Magistrate Judge Schenkier |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

Plaintiff, JULIE GOPON, by her attorney, Mark D. DeBofsky, hereby moves to voluntarily dismiss this action without prejudice and without costs pursuant to Fed.R.Civ.P. 41.

WHEREFORE, plaintiff prays that this action be dismissed without prejudice and without costs.

                                                                                        Respectfully submitted,

                                                                        /s/ Mark D. DeBofsky
                                                                        One of the attorneys for plaintiff

Mark D. DeBofsky
Daley, DeBofsky & Bryant
55 W. Monroe St., Suite 2440
Chicago, Illinois 60603
(312) 372-5200
FAX (312) 372-2778

2

**<u>CERTIFICATE OF SERVICE</u>**

      Mark D. DeBofsky, the attorney, certifies that on June 30, 2008, he served the foregoing pleading by CM/ECF upon all parties entitled to notice.

                                                       <u>/s/ Mark D. DeBofsky</u>
                                                       Mark D. DeBofsky