# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Julie Gopon

                        Plaintiff,

v.                                              Case No.: 1:07−cv−06768
                                                      Honorable James F. Holderman

Citigroup Health Benefit Plan

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable James F. Holderman: Plaintiff's motion for voluntarily dismissal [17] is granted. It is ordered that pursuant to plaintiff's motion, the complaint is dismissed without prejudice and without costs. Civil case terminated. Mailed notice (am)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.